NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-7021

### THOMAS L. JONES,

Claimant-Appellant,

v.

### ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims in 07-0089, Judge Bruce E. Kasold.

## ON MOTION

Before NEWMAN, BRYSON, and DYK, Circuit Judges.

PER CURIAM

## O R D E R

Thomas L. Jones moves for reconsideration of the court's order dismissing his appeal for lack of jurisdiction.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

MAY 1 8 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Thomas L. Jones
Stephen C. Tosini, Esq.
s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 1 8 2009

JAN HORBALY
CLERK